# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00108-CV

### In re Charles Preston; 323 Partners, LP; 323 Partners GP, LLC; 2820 Partners, LP; 2820 Partners GP, LLC; 220 Enterprises, LP; and 220 Holdings, LLC

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

We deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a). The temporary stay issued by this Court on March 10, 2022 is no longer in effect.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Filed:  July 26, 2022